Ronald Wayne SMITH, Petitioner-Appellant,

v.

UNITED STATES of America, Respondent-Appellee.

Jack M. FARLEY, Petitioner-Appellant,

v.

UNITED STATES of America, Respondent-Appellee.

Nos. 28988, 28989

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

July 14, 1971.

Ronald Wayne Smith, pro se.

Jack M. Farley, pro se.

James Bonner, Legal Assistance for Inmates Program, Atlanta, Ga., for petitioners-appellants.

Robert W. Rust, U. S. Atty., Michael J. Osman, Asst. U. S. Atty., Miami, Fla., for respondent-appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

The final order of the district court is reversed and the case is remanded with directions to vacate the judgment of conviction and sentence of the appel-

lant for violation of 26 U.S.C. § 4744(a). Harrington v. United States, 5th Cir. 1971, 444 F.2d 1190. The mandate of this Court will issue forthwith.

Reversed and remanded, with directions.